[No. 68067-6-I.   Division One.   August 26, 2013.]

SHANE WATTS ET AL., *Respondents*, v. MARY P. DUNPHY ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated December 23, 2013. Substitute opinion filed. See 178 Wn. App. 1026.

[No. 68226-1-I.   Division One.   August 26, 2013.]

KING COUNTY, *Respondent*, v. JOHN J. JONES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-13470-9, Palmer Robinson, J., entered December 23, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Dwyer, JJ.

[No. 68419-1-I.   Division One.   August 26, 2013.]

*In the Matter of the Guardianship of* ARTHUR D. HAYS.

ARTHUR D. HAYS, *Appellant*, v. REBECCA CASTILLEJA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-4-01787-4, Mary Yu, J., entered February 1, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 68558-9-I.   Division One.   August 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL C. RICH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00945-0, Susan K. Cook, J., entered March 22, 2012. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Grosse and Verellen, JJ.